211 So.2d 329

**Mrs. Sybil H. NEWTON et al. and Mrs. Charles E. (Billie) Hackler et al.**

v.

**ALLSTATE INSURANCE COMPANY et al.**

No. 49312.

June 21, 1968.

In re: Hilton R. Mason, Juanita L. Mason and Allstate Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 209 So.2d 744.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

FOURNET, C. J., and McCALEB, and BARHAM, JJ. are of the opinion that the application should be granted.

211 So.2d 330

**David Bernard DE ROUIN**

v.

**William G. HINPHY and Gladys A. Hinphy.**

No. 49314.

June 21, 1968.

In re: William G. Hinphy and Gladys A. Hinphy applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 352.

Writ refused. The judgment is not final.